IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30967
Summary Calendar

_____

HUBERT ARVIE,

Plaintiff-Appellant,

versus

DORASEL LASTRAPES ET AL.

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. CA-92-0311
- - - - - - - - - -
June 16, 1997

Before HIGGINBOTHAM, SMITH and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

The motion filed by Hubert Arvie, Louisiana state prisoner #122010, for "Proper Relief" is DENIED. On at least three prior occasions, while incarcerated, Arvie has brought an action or an appeal in a United States court that was dismissed as frivolous. See Arvie v. Laffose, No. 91-4364, 946 F.2d 1544 (5th Cir. Oct. 16, 1991) (unpublished); Arvie v. Bailey, No. 92-8139, 1 F.3d 1237 (5th Cir. May 7, 1993) (unpublished); Arvie v. Cain, No. 94-

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

1683-B-1 (M.D. Nov. 10 1994). Accordingly, Arvie may not proceed IFP in any civil action or appeal filed while he is in prison unless he "is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g); Adepegba v. Hammons, 103 F.3d 383, 388 (5th Cir. 1996).

Arvie has 15 days from the date of this order to pay the full appellate filing fee of $105 to the clerk of the district court, should he wish to proceed with his appeal. The clerk of this court is directed to dismiss Arvie's appeal if he does not pay the fee within 15 days. See 5th Cir. R. 42.3.1.2.

MOTION DENIED. 28 U.S.C. § 1915(g) BAR APPLIED.